LUDWIG BAUMAN, Respondent, *v.* ELIZABETH MOSELEY, as Administratrix, etc., Appellant.*

(Argued February 28, 1895; decided March 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 17, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Henry L. Brant* for appellant.

*William H. Shepard* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

* Reported below, 73 Hun, 40.